IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RASHUAN BLACK** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 10-5238** |
| | : | |
| **MICHAEL CURLY**, *et al* | : | |

### ORDER

**NOW**, this 28th day of August, 2012, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus, the Report and Recommendation filed by United States Magistrate Judge Thomas J. Rueter and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Rueter is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

_____
TIMOTHY J. SAVAGE, J.